*AMENDED*

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

AO 10
Rev. 1/2013

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)  Bongiovanni, Tonianne J. | 2. Court or Organization  U.S. District Court, NJ | 3. Date of Report  1/24/14  ~~05/15/2013~~ |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)  Magistrate Judge - full time | 5a. Report Type (check appropriate type)  ☐ Nomination  Date  ☐ Initial  ☐ Annual  ☐ Final  5b. ☒ Amended Report | 6. Reporting Period  01/01/2012  to  12/31/2012 |
| 7. Chambers or Office Address  402 East State Street  Trenton, NJ 08608 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1 | |
| 2 | |
| 3 | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bongiovanni, Tonianne J. | 1/24/14 ~~05/15/2013~~ |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 12/31/12 | Seton Hall University, School of Law | $12,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bongiovanni, Tonianne J. | 1/24/14 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bongiovanni, Tonianne J. | 1/24/14 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. PHX-Oakhurst Balanced Fund | A | Dividend | J | T | | | | | |
| 2. MFS Total Return Fund | B | Dividend | K | T | | | | | |
| 3. MFS Gov't Money Market A | A | Dividend | J | T | REDEEMED | 1/12/11 | K | * | |
| 4. NATIONWIDE FINANCIAL SERVICES | A | Dividend | J | T | | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

1 Income Gain Codes (See Columns B1 and D4)
A - $1,000 or less
B - $1,001 - $2,500
C - $2,501 - $5,000
D - $5,001 - $15,000
E - $15,001 - $50,000
F - $50,001 - $100,000
G - $100,001 - $1,000,000
H1 - $1,000,001 - $5,000,000
H2 - More than $5,000,000

2 Value Codes (See Columns C1 and D3)
J - $15,000 or less
K - $15,001 - $50,000
L - $50,001 - $100,000
M - $100,001 - $250,000
N - $250,001 - $500,000
O - $500,001 - $1,000,000
P1 - $1,000,001 - $5,000,000
P2 - $5,000,001 - $25,000,000
P3 - $25,000,001 - $50,000,000
P4 - More than $50,000,000

3 Value Method Codes (See Column C2)
Q - Appraisal
R - Cost (Real Estate Only)
S - Assessment
T - Cash Market
U - Book Value
V - Other
W - Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Bongiovanni, Tonianne J. | 1/24/14 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

\# MFS Government Money Market A was listed on 2011 report as "Distributed" instead of "Redemption". This policy was cashed in on 1/12/11

NATIONWIDE WAS INADVERTANTLY OMITTED.

| Name of Person Reporting | Date of Report |
|---|---|
| Bongiovanni, Tonianne J. | 1/24/14 ~~05-15-2013~~ |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Tonianne J. Bong       nni**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544